[No. 1576-3. Division Three. December 28, 1976.]

ELLIS W. LEAVITT, ET AL, *Appellants*, v. WESTERN FARMERS ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 23345, B. J. McLean, J., entered May 9, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3111-1. Division One. December 29, 1976.]

GRANVEL WILSON, ET AL, *Appellants*, v. THE CITY OF SEATTLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 768896, Ward Roney, J., entered June 14, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Andersen, JJ.

[No. 4079-1. Division One. December 29, 1976.]

MILLARD L. GILBREATH, JR., ET AL, *Respondents*, v. ROBERT E. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 50768, Edward P. Reed, J., entered February 20, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Swanson, JJ.

[No. 4360-1. Division One. December 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS B. FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8991, Byron L. Swedberg, J., entered October 17, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Swanson, JJ.